# Christopher J. Bowes, Esq.

54 Cobblestone Drive

Shoreham, NY 11786

Tel/Fax (631) 929-1700

Cell (212) 979-7575

Email cjbowes@gmail.com

_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/26/26__
```

June 25, 2026

Via ECF

Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

RE:    McHugh v. SSA
26-cv-2572 (BCM)

Dear Judge Moses:

I am writing to request an extension of time in which to file plaintiff's Brief in this case. Plaintiff's Brief is due to be filed on June 29, 2026. This is plaintiff's first request for an extension of time.

Due to unexpected administrative case docket matters, multiple court deadlines, and family issues concerning the graduations of my daughter and son, I have been unable to prepare Mr. McHughs' papers for filing on Monday and need additional time to complete my review and draft the Brief. Opposing counsel, Graham Morrison, consents to this request and we respectfully request the Court to adopt the following revised briefing schedule:

| | |
|---|---|
| July 30, 2026 | Plaintiff's Brief |
| September 28, 2026 | Defendant's Brief |
| October 8, 2026 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes, Esq.
Christopher J. Bowes, Esq.

cc:    SAUSA Graham Morrison

Application GRANTED. SO ORDERED.

_____

Barbara Moses
United States Magistrate Judge
June 26, 2026